

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00286-CR

Kevin **BATTS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR4824
Honorable Dick Alcala, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the judgment and bill of costs are REFORMED to delete Appellant Kevin Batts's requirement to pay attorney's fees, and the trial court's judgment is AFFIRMED AS REFORMED.

SIGNED December 10, 2014.

Patricia O. Alvarez, Justice